**No. 54360.**—Chekiang Co. et al. *v.* United States, protests 156192–K (B), etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.